

| | Counsel | Associates, Cont'd |
|---|---|---|
| JOEL N. WERBEL> | ADAM M. CARMAN+^ | ALLISON M. KOENKE> |
| JOHN METHFESSEL, JR.> | SARAH K. DELAHANT+ | KYLE A. LIVINGSTONE+ |
| FREDRIC PAUL GALLIN*+^ | SHAJI M. EAPEN+ | ANTHONY J. MANCUSO> |
| WILLIAM S. BLOOM>* | JAMES FOXEN^ | CHRISTEN E. MCCULLOUGH^ |
| ERIC L. HARRISON*+ | ANGELA M. GURRERA> | KAJAL J. PATEL+ |
| MATTHEW A. WERBEL> | GERALD KAPLAN> | ADAM M. SCHWARTZ^ |
| LORI BROWN STERNBACK*+ | JARED P. KINGSLEY*+ | SARAH E. SHEPP+ |
| I. BLAKELEY JOHNSTONE,III+* | JOHN R. KNODEL*+ | STEVEN A. UNTERBURGER+ |
| GINA M. STANZIALE> | LESLIE A. KOCH= | LEVI E. UPDYKE+^ |
| PAUL J. ENDLER JR.> | CHARLES T. MCCOOK, JR.*> | |
| JAMES P. CULLEN, JR.=^ | MARC G. MUCCIOLO> | * Certified by the Supreme Court of |
| | RICHARD A. NELKE~ | New Jersey as a Civil Trial Attorney |
| Of Counsel | STEVEN K. PARNESS+ | +Member of NY & NJ Bar |
| STEPHEN R. KATZMAN# | RAINA M. PITTS^ | ^Member of PA & NJ Bar |
| ED THORNTON> | AMANDA M. SAWYER^ | ^Member of NY Bar only |
| | JARED S. SCHURE> | >Member of NJ Bar only |
| Retired | | #Member of NJ & LA. Bar |
| JOHN METHFESSEL, SR.> | | <Member of NJ & DC Bar |
| (1935-2017) | Associates | ≥Member of NJ, PA & DC Bar |
| DON CROWLEY*+ | JILLIAN T. CLARK> | ~Member of NY, NJ & DC Bar |
| MARC DEMBLING*+ | EDWARD D. DEMBLING> | =Member of NY, NJ & MA Bar |
| (1944-2022) | MICHAEL R. EATROFF> | |
| | ANGEL M. HIERREZUELO> | **Please reply to New York** |
| | ANDREW S. KARLBON> | |
| | FRANK J. KEENAN+^ | |
| | SCOTT KETTERER> | |

September 9, 2022

VIA ECOURTS FILING
Eastern District of New York
The Honorable Eric R. Komitee
United States District Court
Eastern District of New York

RE: **HIRSCH, ELLIOT VS. LAURIE BEDA, ET AL.**
 Our File No. : 92106 FPG
 Docket No. : 1:22-CV-05011-EK-VMS

Dear Judge Komitee:

I am in receipt of a purported letter motion for sanctions filed by Mr. Hirsch dated September 5, 2022. I respectfully request the advices of the Court as to whether the Court considers this to be a real motion and whether a response is required.

I thank the Court for its consideration of this inquiry.

Respectfully submitted,

**METHFESSEL & WERBEL, ESQS.**

*Fredric Paul Gallin*

Fredric Paul Gallin
gallin@methwerb.com
Ext. 162

FPG:as/at/tls

2025 Lincoln Highway • Suite 200 • P.O. Box 3012 • Edison, NJ 08818 • (732) 248-4200 • FAX (732) 248-2355
112 West 34th Street • 17th Floor • New York, NY 10120 • (212) 947-1999 • FAX (212) 947-3332
One Liberty Place • 1650 Market St., 36th Floor • Philadelphia, PA 19103 • (215) 665-5622 • FAX (215) 665-5623
101 Federal Street • Suite 1900 • Boston, MA 02110 • (617) 204-5630 • FAX (617) 977-9398
www.njinslaw.com

cc: VIA EMAIL: elliothirschlaw@gmail.com
Elliot Hirsch
7 Saxony Drive
Oakhurst, NJ 07755

VIA EMAIL: arichardson@agfjlaw.com
Atasia Rashae Richardson, Esq.
Abrams, Gorelick, Friedman & Jacobson, LLP
One Battery Park Plaza
4th Floor
New York, NY 10004

VIA EMAIL: mbinsky@agfjlaw.com
Mark Ian Binsky, Esq.
Abrams, Gorelick, Friedman & Jacobson, LLP
One Battery Park Plaza
4th Floor
New York, NY 10004

joanna.piorek@wilsonelser.com
Joanna Piorek, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
200 Campus Drive
Florham Park, NJ 07932

VIA EMAIL: fxryan@glrlaw.com
Francis X. Ryan, Esq.
Green, Lundgren & Ryan
20 Brace Road
Suite 200
Cherry Hill, NJ 08034