CIVIL CAUSE FOR Status Conference

BEFORE JUDGE: Eric Komitee, U.S.D.J.
DATE: 4/25/2023
TIME IN COURT: 45 Mins


DOCKET NUMBER: CV 22-5011
TITLE: Hirsch v. Beda, et al

COURT REPORTER/ESR OPERATOR: Loan Hong
FTR LOG: 10:50 – 11:38

APPEARANCES:

| | |
|---|---|
| Plaintiff: | Elliot Hirsch |
| Yeshivah of Flatbush, et al: | Joanna Piorek |
| Nourite Maimon: | Moshe Maimon |
| Sari Dana: | Moshe Maimon & Frederic Gallin |
| Yafah Sutton: | Jeffrey Dweck |
| Rabbi Mansour & | |
| The Edmond Safra Synague: | Mark Binsky |
| Amber Adler: | no appearance |
| Dalia Oziel: | no appearance |

SUMMARY: Case called. Discussion held. Plaintiff's complaint is dismissed pursuant to Fed. R. Civ. P. 8. As discussed, Plaintiff shall file an amended complaint, not to exceed fifty pages, by June 20, 2023. By May 10, Plaintiff shall submit a letter that discusses his proposed additional claims and any request to file an amended complaint exceeding fifty pages. Defendants may respond by May 17. Defendants shall answer, or file a joint motion to dismiss the amended complaint by July 20 not to exceed fifty pages. Plaintiff shall respond to any motion to dismiss by August 21. Defendants shall submit a reply, if they choose, by September 8. The Clerk's Entry of Default as to Defendants Rabbi Mansour and The Edmond Safra Synagogue are vacated. Discovery is stayed pending resolution of any dispositive motion practice.