Elliot M. Hirsch
7 Saxony Drive, Oakhurst, NJ 07755
Elliothirschlaw@gmail.com
917 750 0418

5/28/2023

RECEIVED IN PRO SE
MAY 27 2023 @ 9:53 PM
VIA BOX.COM

**VIA ECF**
Honorable Eric Komitee
Eastern District Court of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Hirsch v. Beda-1-22-cv-05011(EK)(VMS)*

Dear Honorable Court:

    I would like to state for the sake of absolute clarity the names of the defendants that were previously already added to this case for purposes of bringing federal rico claims only against them.

1. Abraham Manopla
2. Murray Betesh
3. Rabbi Yitzchak Yisraeli;
4. Elana Dweck
5. Betti Misrry

    It is requested to reinstate these Defendants to this case for the sole purpose of asserting federal rico claims against them. There are no common law tort claims being asserted against the aforementioned Defendants and if the Court ultimately decides that civil rico cannot survive the motion to dismiss then it is requested that said Defendants be dismissed retroactively from this action ab initio.

    I would also like to state that the only purpose that I mentioned that this action and the other 5 actions remained idle was for providing a valid excuse as to why the undersigned did not submit a letter throughout said time period. However, in those other actions, the undersigned has submitted numerous status update letters and zero communication was ever received regarding those letters. It therefore appeared to the undersigned that this Court was inundated with a caseload that did not allow it to respond to my letters.

I thank the Court for its consideration of the foregoing and remain at Your Honor's disposal to answer any questions.

Respectfully submitted,
/s/ Elliot M. Hirsch
Elliot M. Hirsch
Plaintiff Pro Se