Elliot M. Hirsch
7 Saxony Drive, Oakhurst, NJ 07755
Elliothirschlaw@gmail.com
917 750 0418

FILED
Aug 11, 2023, 12:51 AM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via Box.com

**8/11/2023**

**VIA ECF**

Honorable Eric Komitee
Eastern District Court of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *Hirsch v. Beda Et Al-1-22-cv-05011*

Dear Honorable Court:

I hope this letter finds the Court in good health and spirits. I recently reviewed the docket and saw that the US Marshall service attempted to serve various Defendants, including Elizabeth Kairey, to no avail.

Due to Mr. Binsky falsely accusing the undersigned of failing to timely prosecute this action, the undersigned will go above and beyond to timely file motions and documents going forward.

The undersigned requests that the Court order service upon Defendant Elizabeth Kairey via email to kairey.elizabeth@icloud.com and elizabethkairey@gmail.com. Ms. Kairey also currently resides at 307 Roosevelt Ave, Oakhurst, NJ 07755 for the summer months until labor day. If the Court prefers for the Marshalls to mail and nail the summons and complaint that is also acceptable means of service according to New York CPLR. Elizabeth Kairey's cell phone number is 347 217 4573

The other Defendants alternative addresses, email addresses and cell phone numbers are:
Deborah Shiloach- DSignny@gmail.com
Betti Missry- 917 210 6090, New Jersey Address -70 Ocean Ave Deal, NJ 07723
Adina Miles- 646 733 8877, @flatbushgirl on Instagram, which she uses daily., new address 1776 Marine Pkwy, Brooklyn, NY 11234. See link attached. Adina Miles also was represented by counsel in a separate criminal proceeding related to this action and Ms. Miles was actually already served with the prior complaint in this action. Ms. Miles is certainly aware of this action.
Raquel and Miriam Sabzehroo- Instagram account @community.news

Thank you for considering the foregoing and the undersigned remains at the disposal of the Court to respond to any questions and concerns.

Respectfully submitted,<br>
/s/ Elliot M. Hirsch<br>
Elliot M. Hirsch<br>
Plaintiff Pro Se