**AGF&J**  Abrams, Gorelick, Friedman & Jacobson, LLP
Attorneys At Law

One Battery Park Plaza
4th Floor
New York, NY 10004

Phone: 212-422-1200
Fax: 212-968-7573
www.agfjlaw.com

October 25, 2023

The Honorable Eric Komitee
United States District Judge
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:   *Elliot M. Hirsch v. Laurie Beda, et. Al*
               Civil Action No. 1:22-cv-05011-EK-VMS
               Our File: 32816

Dear Judge Komitee:

    I represent defendants Rabbi Eli J. Mansour ("Rabbi Mansour") and The Edmond J. Safra Synagogue, Inc. ("the Synagogue") in the above referenced matter. Counsel for defendants Yeshiva of Flatbush and Yeshiva of Flatbush LLC has filed the joint reply memorandum of law (ECF Doc 201) on defendants' joint motion to dismiss in the present action (ECF Doc 174). The reply memo was filed under counsel's firm name for technical reasons. In actuality, the reply memo, like the motion to dismiss as a whole, is very much a joint effort by the lawyers for all defendants who have appeared by an attorney in the case so far. I ask the Court to note that my clients join in the reply memo, just as they joined in the initial submissions on the motion, and each and every part thereof. If necessary to effectuate this request, I ask the Court that this letter be included by reference in the moving papers.

    I thank Your Honor for His consideration of the foregoing and remain at the Court's disposal to respond to any questions.

Respectfully submitted,

ABRAMS, GORELICK, FRIEDMAN
& JACOBSON, LLP

By: _/s/ Mark Ian Binsky_
      Mark Ian Binsky

cc:
All appearing counsel
and parties pro se via
ECF