RECEIVED IN THE PRO SE OFFICE
JUNE 02, 2024, 3:57PM
VIA BOX.COM

Elliot M. Hirsch<br>
7 Saxony Drive, Oakhurst, NJ 07755<br>
Elliothirschlaw@gmail.com<br>
917 750 0418

<u>6/2/2024</u>

<u>VIA ECF</u>
Honorable Eric Komitee
Eastern District Court of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Hirsch v. Beda-1-22-cv-05011(EK)(VMS)</u>

Dear Honorable Court:

    I trust this correspondence finds the Court well. Please accept this letter motion in lieu of a formal motion. I have observed that opposing counsel in another matter before this Court, such as the Attorney General's Office of New York, has filed similar motions in this manner. Additionally, in that other matter, this Court has previously accepted those letter motions, so I assume this format is appropriate.

    I am writing to request a court order to bar the defendants in this case from publicly discussing this matter, including sharing documents or making statements on their various social media platforms regarding this lawsuit.

    In the past, Defendants Adina Miles and Murray Betesh have used their highly followed social media platforms to publicize this case, resulting in further harassment and intimidation towards me. I have received numerous harassing communications due to their actions. This request is not speculative; the defendants have already engaged in these intimidation tactics.

    In the Orthodox Jewish community, it is common for certain leaders to use social and religious platforms to intimidate and ostracize individuals, particularly those who seek to expose abusive and illegal activities. Rabbis and other community leaders may selectively enforce Jewish laws and urge their congregants to avoid soliciting business or patronizing targeted individuals.

To ensure that this case proceeds fairly and to protect my rights and safety, I respectfully request that the Court issue a gag order to prevent the defendants from publicly discussing this case or sharing any related documents on social media.

Thank you for your consideration.

Respectfully submitted,<br>
/s/ Elliot M. Hirsch<br>
Elliot M. Hirsch<br>
Plaintiff Pro Se